

yelp

# Weston Hurd wanted to share a review of Condado

Elite '18
179
75

Daralyn B.
Lakewood, OH

11/9/2017

Barrio in Cleveland=Condado in Columbus. I love Barrio, so I was happy when I heard it was coming to Columbus. I love the build your own taco concept. Customization these days is everything! If you don't live in the area, parking can be a nightmare, but that's downtown for ya.

Read this review on Yelp

Condado
545 Reviews
Categories: Bars, Tacos
1227 N High St
Columbus, OH 43201
(614) 928-3909

To stop receiving Yelp messages, click here

Copyright © 2018 Yelp Inc., 140 New Montgomery, San Francisco, CA 94105, U.S.A.

EXHIBIT A

yelp

# samuel lauricia wanted to share a review of Condado Tacos - Easton

0 Jami W.
7 Westerville, OH

1/14/2018

Very disappointed. I had been to Barrio in Cleveland and was expecting a similar experience. My tacos came with hardly anything on them. I could literally fold the taco over twice and eat the whole thing in one bite. I understand that they are $3 tacos but come on! There were 2 small pieces of meat, hardly any toppings. It was so disappointing. To spend $24 and still walk out hungry is unacceptable. I emailed Ashley and received a canned response that they are sorry and that she will cover the cost of my next taco so I'm giving them 2 stars because of that. Otherwise it would have been 1 Star.

Condado Tacos - Easton
158 Reviews
Category: Mexican
4077 Fenlon St
Columbus, OH 43219
(614) 532-5956

Read this review on Yelp

To stop receiving Yelp messages, click here

Copyright © 2018 Yelp Inc., 140 New Montgomery, San Francisco, CA 94105, U.S.A.





yelp

# sam lauricia wanted to share a review of Condado Tacos - Easton

Elite '18
3
29

Leeza K.
Future Lawyer, Current Foodie
Cleveland, OH

1/1/2018

Not the best first impression of a restaurant... if you're in Cleveland, go to Barrio.

The food was okay -- the flavors were good but didn't mesh as well. None of our extras we got didn't come out until after we were finished eating our food so they weren't as helpful (it was taken off the bill though).

We also had to send our colas back because they tasted watered down and they ran out of regular cola (also has to take that off the bill).

The service was okay as but very slow for a mostly empty restaurant. Like I said this was my first time and I doubt I will be going back.

Read this review on Yelp

Condado Tacos - Easton
158 Reviews
Category: Mexican
4077 Fenlon St
Columbus, OH 43219
(614) 532-5956

To stop receiving Yelp messages, click here

Copyright © 2018 Yelp Inc., 140 New Montgomery, San Francisco, CA 94105, U.S.A.



yelp

# sam lauricia wanted to share a review of Condado Tacos - Easton

Elite '18
223
56

Katherine N.
Gahanna, Columbus, OH

9/7/2017

Was super stoked when I found out that Condados was adding a location at Easton. It is a large location and they can get you seated right away. As always with Condado, great food, great prices, leaving full and happy! Great happy hour and a fun place for groups. Still my favorite taco place aside from Barrio(I think it's their sister restaurant?)in CLE. The pineapple guac is to die for, great price and HUGE amount! Always taking leftovers home!

Read this review on Yelp

Condado Tacos - Easton
158 Reviews
Category: Mexican
4077 Fenlon St
Columbus, OH 43219
(614) 532-5956

To stop receiving Yelp messages, click here

Copyright © 2018 Yelp Inc., 140 New Montgomery, San Francisco, CA 94105, U.S.A.

yelp

# samuel lauricia wanted to share a review of Condado Tacos - Easton

15
6

Wendie H.
Brook Park, OH

4/9/2018

Fantastic atmosphere, very fun and lively! The staff was very helpful and friendly and the food, hands down best tacos ever!!! I love mixing it up on the toppings, each time it's a whole new flavor! I'm from Cleveland so this place looked familiar when I walked in, we have Barrio and from what I understand they were started by brothers. Either way it's a fun place to go!!

Read this review on Yelp

Condado Tacos - Easton
158 Reviews
Category: Mexican
4077 Fenlon St
Columbus, OH 43219
(614) 532-5956

To stop receiving Yelp messages, click here

Copyright © 2018 Yelp Inc., 140 New Montgomery, San Francisco, CA 94105, U.S.A.



yelp

# samuel lauricia wanted to share a review of Condado Tacos - Easton

0
10

Nicole S.
Cleveland, OH

9/23/2017

If you've ever been to Barrio, it's very similar. I wasn't crazy about their chips. They are pretty greasy, and a little too thick for my taste. Also, they put paprika in the queso. Looks nice, but doesn't mix in well. I was very pleased with the portions. I got the taco bowl, and it was over flowing (which was a nice change)

Read this review on Yelp

Condado Tacos - Easton
158 Reviews
Category: Mexican
4077 Fenlon St
Columbus, OH 43219
(614) 532-5956

To stop receiving Yelp messages, click here

Copyright © 2018 Yelp Inc., 140 New Montgomery, San Francisco, CA 94105, U.S.A.





yelp

# samuel lauricia wanted to share a review of Condado Tacos

0 Anais P.
5 Pittsburgh, PA

3/28/2017

Ghost pepper sauce is amazing! I want to buy it by the gallon. I was a little disappointed they didn't have the michiliadas ready yet but they were on the menu. My boyfriend moved here from Cleveland and missed Barrio and prefers Condado because the food is just as good but the drink prices are better. And he is a chef who worked at the hottest hotel in Cleveland. He also says the wait staff in the Burgh, although new, by far out shows the staff at Barrio in Cleveland. We win. I won't go downtown for anything but jury duty or this place. High praise. I'm so glad they came here!

Read this review on Yelp

Condado Tacos
433 Reviews
Categories: Mexican, Cocktail Bars
971 Liberty Ave
Pittsburgh, PA 15222
(412) 281-9111

To stop receiving Yelp messages, click here

Copyright © 2018 Yelp Inc., 140 New Montgomery, San Francisco, CA 94105, U.S.A.

yelp

# Weston Hurd wanted to share a review of Condado

Elite '18
240
107

T.J. H.
Aspiring Unicorn
Cleveland, OH

3/21/2017

If you're from Cleveland and have been to Barrio - you know the drill. Apparently the owner of Condado co-opened Barrio and you can definitely tell as soon as you walk in. At first I was disappointed by this because it's a been there/done that kinda thing, BUT I have to say, Condado does it better.

First of all- BBQ JACKFRUIT. I ordered it because I've never seen it on a menu and I already ordered chips & guac and a pulled pork taco. I have tried plain jackfruit in China and pretty much hated it but I was feeling adventurous. ORDER IT NOW. Honestly it was way better than the pulled pork and I'm (obviously) not even vegan/vegetarian. I believe I paired it with the corn salsa, chipotle creme, and cheddar cheese. Amazing. Who would have thought?

Second, the pickled onions on top of the guacamole are amazing. My friend and I were basically fighting over who got to eat the pickled onions.

Downsides are that this place can get pretty crowded and loud. I was a bit disappointed in the pulled pork taco but that might have been because my jackfruit one was so strangely good. Definitely take a trip in and definitely grab a jackfruit taco!

Condado
545 Reviews
Categories: Bars, Tacos
1227 N High St
Columbus, OH 43201
(614) 928-3909

Reviews Location Q&A Details JOIN

About Columbus Hotels Vacation Rentals Flights Restaurants Things to do Cruises •••

United States > Ohio (OH) > Columbus > Columbus Restaurants > Condado Condado, Columbus

# Condado

175 Reviews #35 of 1,894 Restaurants in Columbus $ Mexican, Southwestern, Bar

1227 N High St, Columbus, OH 43201-2461 +1 614-928-3909 Website Save Share

## Overview

4.5 175 reviews

| | |
|---|---|
| Excellent | 55% |
| Very good | 31% |
| Average | 10% |
| Poor | 3% |
| Terrible | 1% |

TRAVELERS TALK ABOUT

"taco" (54 reviews)
"queso" (39 reviews)
"ghost pepper" (10 reviews)

Open Now Hours

CUISINES: Mexican, Southwes...

PRICE: $

RATINGS

Service · Food · Value · Atmosphere

LOCATION

1227 N High St, Columbus, OH 43201-2461

All Details | Improve This Listing

Does this restaurant offer highchairs for toddlers? Yes No Unsure

## Best Cheap Eats

See all






Brown Bag Deli
110 Reviews
$, American, Deli, Soups

Hot Chicken Takeover
191 Reviews
$, American

Tommy's Diner
105 Reviews
$, American, Diner

Dirty Frank's Hot Dog Palace
322 Reviews
$, American

## Reviews (175)

Write a Review

**Traveler rating**

- Excellent 3
- Very good 0
- Average 0
- Poor 0
- Terrible 0

**Traveler type**

- Families
- Couples
- Solo
- Business
- Friends

**Time of year**

- Mar-May
- Jun-Aug
- Sep-Nov
- Dec-Feb

**Language**

- All languages
- English
- Italian
- Spanish

**Show reviews that mention**

Barrio

All reviews taco queso ghost pepper tortillas shrimp ceviche house salsa elote brisket and pulled pork surf turf margarita's mango rice steak sushi build your own sweet lucy hard shell

jtoski
Cleveland, OH
37 56

Reviewed October 14, 2017

### Great value, excellent tacos

...The décor is industrial/barrio fusion and kept my 3rd grader entertained, looking at all the pictures on the walls. $24 for a family of two adults and one child - value is outstanding. Would go back. More

Thank jtoski

Laura D
17 6

Reviewed July 7, 2017

### Vegetarian Powerhouse Menu

The tofu and jackfruit are so incredible that even meat lovers would give up their (albeit fabulous, I've heard) ghost pepper steak to try. I prefer the downtown or Easton location to the Short North because SN just gets so busy but the food is incredible. They always have a queso (and marg & meat) special that changes frequently - get it. They're always very well thought out with solid flavour profiles.

Who cares if they ripped off CLE's Barrio. It's good.

Show less

Value
Service
Food

See all 8 reviews by Laura D for Columbus
Ask Laura D about Condado

Thank Laura D

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

William N
Columbus, Ohio
42 6

Reviewed August 6, 2016 via mobile

### Fantastic food

Hard to get to 100 characters because everything is excellent. Endless possible combinations. It is a little loud but who cares for this food. (Probably says this in other reviews but it has the same roots as Barrio in Cleveland and is basically the same restaurant.)

Show less

See all 8 reviews by William N for Columbus

8/21/2018 Just like Condado in Columbus - Review of Barrio, Lakewood, OH - TripAdvisor

trip Lakewood JOIN

About Lakewood | Hotels | Vacation Rentals | Flights | **Restaurants** | Things to do | •••

United States > Ohio (OH) > Lakewood > Lakewood Restaurants > Barrio

Just like Condado in Columbus - Barrio

# "Just like Condado in Columbus"

Review of Barrio

barrio

**13 photos**

## Barrio

15527 Madison Ave, Lakewood, OH 44107-4023

+1 216-226-7714 Website Improve this listing

**Ranked #5** of 153 Restaurants in Lakewood

117 Reviews

Certificate of Excellence

**Cuisines:** Mexican

**Dining options:** Late Night

Megan F
**Columbus, Ohio**
61 12

Reviewed June 16, 2017 via mobile

### Just like Condado in Columbus

Great tacos, margs and queso and must have the same owners as Condado in Columbus, Ohio because the menu is nearly identical as well as the decor.

Ask Megan F about Barrio

Thank Megan F

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

https://www.tripadvisor.com/ShowUserReviews-g50532-d6154338-r493636578-Barrio-Lakewood_Ohio.html 1/5

trip

Lakewood

# "Great tacos"

Review of Barrio

15 photos

## Barrio

15527 Madison Ave, Lakewood, OH 44107-4023

+1 216-226-7714 Website Improve this listing

**Ranked #5** of 154 Restaurants in Lakewood

118 Reviews

Certificate of Excellence

**Cuisines:** Mexican

**Dining options:** Late Night

hulagirlOhio
**ohio**
48 9

Reviewed July 25, 2016 via mobile

### Great tacos

Some of the best tacos around are at Barrio. You can make your own taco or get one of the ones they suggest monthly, that they put together. Margaritas are AMAZING. The guacamole is not my favorite, but if that is the only setback...I'm happy!

Ask hulagirlOhio about Barrio

Thank hulagirlOhio

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

# Reviews (118)

Write a Review

**Traveler rating**

| | |
|---|---|
| Excellent | 74 |
| Very good | 28 |
| Average | 10 |
| Poor | 4 |
| Terrible | 2 |

**Traveler type**

- Families
- Couples
- Solo
- Business
- Friends

**Time of year**

- Mar-May
- Jun-Aug
- Sep-Nov
- Dec-Feb

**Language**

- All languages
- English (117)
- Portuguese (1)

**Show reviews that mention**

Search reviews

All reviews brunch queso tacos green goddess specialty margaritas taco options

gauc chorizo burrito rice build your own el diablo wrapped in foil

waiting for a table cool vibe service was prompt food was great

**66** - **70** of **118** reviews

Erin M. G

2 1

Reviewed June 28, 2016 via mobile

## Mm mmm mmm

Delicious and was stuffed from a taco and a half... Staff was awesome atmosphere was very cool!!! It's a defiantly a must go!

Ask Erin M. G about Barrio

Hotels travelers are raving about...

**Days Inn by Wyndham Cleveland Lakewood** Read reviews

398 Reviews

Thank Erin M. G

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

vabeachlover...
**North Royalton, Ohio**
43 11

Reviewed June 28, 2016

## One of my favorites!

Build your own tacos loved it! Everything is fresh and taste is great. Fabulous service with nice attentive staff and bartenders. Affordable prices and large menu of taco options-loved the 'beef shawarma taco' which was a taco special of the month for June I guess....at any rate all was amazingly delish. This place has always been packed every time I've been there and we drive from North Royalton. They have a similar place right by the Ohio State campus (Condado Tacos) and that place is just as good. I only wish they had one closer to me! But grew up in Lakewood and still love coming 'home.'

 Value

 Service
Food

Ask vabeachlover_2009 about Barrio

Thank vabeachlover_2009

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

Jessica Rendi V
16 2

Reviewed June 1, 2016

## Get there early or else it's packed

I absolutely love Barrio. I used to live next door and order a marg at the bar and two tacos to go pretty regularly. But beware -- on most weeknights and all weekends, it's crowded by 6 or 7 and the wait can be awful for a group of more than 2 or 3. Thankfully the bar has delicious options for while you

Lakewood, OH

**Travelodge by Wyndham Cleveland Lakewood**
454 Reviews
Lakewood, OH

Read reviews

All hotels in Lakewood (2)

## Ask a question

Get quick answers from Barrio staff and past visitors.

Hi, what would you like to know about

Get notified about new answers to your questions.

Ask Posting guidelines

## Browse nearby

Restaurants (154) | Hotels (2) | Things to Do (31)

Lakewood

Map data ©2018 Google

wait. Second warning: don't get pissed off if you make a bad combination of flavors. My favorite is: Green goddess shell, coco cola marinated steak (both of those are an upcharge of $1), jacama slaw, chipotle crema, habanero/mango bbq. Oh, and El Diablo marg is worth a try.

Value | Service | Food

Ask Jessica Rendi V about Barrio

Thank Jessica Rendi V

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

Sheila S
**Herndon, Virginia**
187 83

Reviewed May 24, 2016

## Excellent food and great wait staff

We ate here on Saturday afternoon and I will go back when I return to the Cleveland area. The build your own taco concept was great; the chips and salsa were delicious and our waitress was helpful and friendly. I had the pescado del dia on a soft taco, which was excellent. While it was crowded, we were seated quickly, food was delivered quickly and we all enjoyed the meal. It was a delicious and relatively inexpensive meal. LOVE the decor...

Value | Service | Food

Ask Sheila S about Barrio

Thank Sheila S

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

Previous 1 … 13 14 15 … 24 Next

**Hotels By CLE Airport - Hotel + Parking + Shuttle**
Ad cleveland.parksleepfly.com/CLE-Hotels/With-Shuttle ▾ Save Today On Hotels Near Cleveland Airport With Parking & Shuttle Included!
→ Visit Website

**Top 10 Hotels in Lakewood, OH - Best Price - Last Minute Deals**
Ad hotels-rates.com/Lakewood-Hotels/Call-and-Save ▾ View Top Rated Hotels in and around Lakewood, OH. Guest Reviews-Photos. Call Now
Last Minute Savings · Call & Save · 24/7 Bookings
Types: Hotels, Motels, Resorts, Inns, Lodging
→ Visit Website

**Cleveland, Ohio Hotels from $48 - Cheap Hotel Deals | Travelocity**
Ad www.travelocity.com/Cleveland-Hotels ▾ Best Prices For Cleveland Rooms. Save Big On Rooms w/Travelocity!
Map View · Guest Reviews · 24/7 Support Guarantee
Types: Budget Hotels, Business Hotels, Luxury Resorts
→ Visit Website

**Hotels In Lakewood OH**
Ad www.about.com/Hotels+In+Lakewood+OH ▾ Search for Hotels In Lakewood OH. Find Related About.com Content.
Expert Advice · Trending News · Trusted Guide
Types: Business, Finance, Health
→ Visit Website

Sponsored links *

## Travelers who viewed Barrio also viewed

9/4/2018 Just like Condado in Columbus - Review of Barrio, Lakewood, OH - TripAdvisor

Barroco Grill
174 Reviews
Lakewood, OH

Forage Public House
117 Reviews
Lakewood, OH

El Carnicero
111 Reviews
Lakewood, OH

The Proper Pig Smokehouse
51 Reviews
Lakewood, OH

Joe's Deli & Restaurant
299 Reviews
Rocky River, OH

Angelo's Pizza
217 Reviews
Lakewood, OH

All restaurants in Lakewood (154)

## Been to Barrio? Share your experiences!

Write a Review

Add Photos & Videos

## Owners: What's your side of the story?

Own or manage this property? Claim your listing for free to respond to reviews, update your profile and much more.

Claim Your Listing

https://www.tripadvisor.com/ShowUserReviews-g50532-d6154338-r396998343-Barrio-Lakewood_Ohio.html 5/6

**CURRENCY/REGION**

$ USD

United States

**EXPLORE**

About Us

Help Center

tripadvisor know better ◉ book better ◉ go better

© 2018 TripAdvisor LLC All rights reserved.
Terms of Use | Privacy Policy | Site Map



trip

Lakewood

# "Great Happy Hour!!!!"

Review of **Barrio**

**15 photos**

## Barrio

15527 Madison Ave, Lakewood, OH 44107-4023

+1 216-226-7714 Website Improve this listing

**Ranked #5** of 154 Restaurants in Lakewood

118 Reviews

Certificate of Excellence

**Cuisines:** Mexican

**Dining options:** Late Night

Willa B

32 3

Reviewed July 12, 2017

### Great Happy Hour!!!!

Awesome tacos, margs and guac.....Happy Hour $1.00 off tacos, half price drinks. This is a pretty small place, loaded with great taco and delicious drinks. Parking is a bit challenging. The gauc was amazing the best I ever had. This place is very busy a fill up fast. I will definitely be going back for those "dirty tacos" and El Diablo margarita....the e jefe taco was incredible as well.

Value

Service

Food

Ask Willa B about Barrio

Thank Willa B

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

# Reviews (118)

Write a Review

**Traveler rating**

| | |
|---|---|
| Excellent | 74 |
| Very good | 28 |
| Average | 10 |
| Poor | 4 |
| Terrible | 2 |

**Traveler type**

- Families
- Couples
- Solo
- Business
- Friends

**Time of year**

- Mar-May
- Jun-Aug
- Sep-Nov
- Dec-Feb

**Language**

- All languages
- English (117)
- Portuguese (1)

**Show reviews that mention**

Search reviews

All reviews brunch queso tacos green goddess specialty margaritas taco options

gauc chorizo burrito rice build your own el diablo wrapped in foil

waiting for a table cool vibe service was prompt food was great

**26** - **30** of **118** reviews

Reviewed July 10, 2017 via mobile

## Barrio is Burrito Heaven

Hotels travelers are raving about...

**Days Inn by Wyndham Cleveland Lakewood** Read reviews

398 Reviews

Lisa J
**Lakewood, Ohio**
3

Build your own burrito/taco. Amazing margaritas. Cool vibe. Great for any occasion. Excellent happy hour. Patio. Sometimes has entertainment. I LOVE Barrio

Ask Lisa J about Barrio

Thank Lisa J

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

Jess B
36 8

Reviewed July 8, 2017 via mobile

## Very delicious but $$$ adds up FAST!!

$$$ adds up fast for some extra toppings on the tacos, just be careful because (5) $3 tacos will turn into $30++ in tacos pretty quickly.. However they are EXTREMELY DELICIOUS! The salsa is so yummy!! The atmosphere is wonderful and very different. The Margarita was Mango flavored and I guess the flavoring I got also had an extra charge. It was very good though. We had a great time and will definitely go back

Ask Jess B about Barrio

Thank Jess B

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

Megan F
**Columbus, Ohio**
61 12

Reviewed June 16, 2017 via mobile

## Just like Condado in Columbus

Great tacos, margs and queso and must have the same owners as Condado in Columbus, Ohio because the menu is nearly identical as well as the decor.

Ask Megan F about Barrio

Thank Megan F

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

Lakewood, OH

**Travelodge by Wyndham Cleveland Lakewood**
454 Reviews
Lakewood, OH

Read reviews

All hotels in Lakewood (2)

## Ask a question

Get quick answers from Barrio staff and past visitors.

Hi, what would you like to know about

Get notified about new answers to your questions.

Ask Posting guidelines

## Browse nearby

Restaurants (154) | Hotels (2) | Things to Do (31)

Lakewood

Google

Map data ©2018 Google



mel78c
**Cleveland**
17 6

Reviewed June 1, 2017 via mobile

## Love the options

We like coming to Barrio because everyone can pick what they like. The options are endless. They also have great guacamole.

Ask mel78c about Barrio

Thank mel78c

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

Previous 1 ... 5 6 7 ... 24 Next

## Travelers who viewed Barrio also viewed

Barroco Grill
174 Reviews
Lakewood, OH

Forage Public House
117 Reviews
Lakewood, OH

El Carnicero
111 Reviews
Lakewood, OH

The Proper Pig Smokehouse
51 Reviews
Lakewood, OH

Joe's Deli & Restaurant
299 Reviews
Rocky River, OH

Angelo's Pizza
217 Reviews
Lakewood, OH

All restaurants in Lakewood (154)

## Been to Barrio? Share your experiences!

Write a Review | Add Photos & Videos

**Hotels By CLE Airport - Hotel + Parking + Shuttle**
Ad cleveland.parksleepfly.com/CLE-Hotels/With-Shuttle ▾ Save Today On Hotels Near Cleveland Airport With Parking & Shuttle Included!
→ Visit Website

**Top 10 Hotels in Lakewood, OH - Best Price - Last Minute Deals**
Ad hotels-rates.com/Lakewood-Hotels/Call-and-Save ▾ View Top Rated Hotels in and around Lakewood, OH. Guest Reviews-Photos. Call Now
Last Minute Savings · Call & Save · 24/7 Bookings
Types: Hotels, Motels, Resorts, Inns, Lodging
→ Visit Website

**Cleveland, Ohio Hotels from $48 - Cheap Hotel Deals | Travelocity**
Ad www.travelocity.com/Cleveland-Hotels ▾ Best Prices For Cleveland Rooms. Save Big On Rooms w/Travelocity!
Map View · Guest Reviews · 24/7 Support Guarantee
Types: Budget Hotels, Business Hotels, Luxury Resorts
→ Visit Website

**Hotels In Lakewood OH**
Ad www.about.com/Hotels+In+Lakewood+OH ▾ Search for Hotels In Lakewood OH. Find Related About.com Content.
Expert Advice · Trending News · Trusted Guide
Types: Business, Finance, Health
→ Visit Website

Sponsored links *

## Owners: What's your side of the story?

Own or manage this property? Claim your listing for free to respond to reviews, update your profile and much more.

Claim Your Listing

**CURRENCY/REGION**

$ USD

United States

**EXPLORE**

About Us

Help Center

tripadvisor know better ◉ book better ◉ go better

© 2018 TripAdvisor LLC All rights reserved.
Terms of Use | Privacy Policy | Site Map