

**PLACE (/PLACE)**

# 5 Taco Tuesday Spots You Have To Hit on Ohio State's Campus

Don't cop out and celebrate the best day of the week at Taco Bell



**Megan Nichol (/author/megannichol)**
Ohio State University (/chapter/osu)

July 20, 2016

Wanna build your resume and talk about food at the same time?
It's possible.

**LEARN MORE
(https://secretsauce.spoonuniversity.com/users/sign_up?
school=hq&utm=bx_501341)**



EXHIBIT B

**SHARE**  Get more Spoon in your feed.

YouTube

our@email.com    Join

# 1. Condado





*Photo by Megan Nichol*

They're listed first for a reason. These tacos will blow your mind. If the trendy atmosphere isn't enough to win you over, their product definitely can. Located right in the heart of the Short North, arguably one of Columbus's hottest foodie location, Condado is hard to pass up. Even from the street view artsy skull designs paint the outside window and continue in and cover the walls of the dining room and bar. The best time to make your trip to Condado is during its famed happy hour. Every weekday (including Tuesday) until 7 you get half off any of their fruity and delicious margaritas (with flavors including but not limited to: blood orange, blackberry, banana, and pomegranate) and one dollar off tacos. Condado guests have the option of selecting one of the pre-made tacos or get adventurous and choose your own taco adventure by creating your own. You can grab a card and pencil from your table and check off exactly what you want down to what type of cheese you want your tacos to sport. If you are in the market for a taco that looks as good as it tastes, Condado is the move.

## 2. Cazuelas



If are looking for somewhere you can sunbathe while enjoying your taco Tuesday, Cazuelas is your place. It is located on High Street just North of campus. The outdoor patio makes it the perfect place to chill with friends outside. You need to make sure to get there before 7 for happy hour, half of margaritas! They have an extensive authentic Mexican menu, but a delicious go-to is their hard shell tacos. They also offer delicious (and complimentary) tortilla chips to much on while you await your taco feast.

## 3. Plaza