# CRAIN'S CLEVELAND BUSINESS

October 31, 2018 02:08 PM

## In with the new: Two restaurants set Cleveland debuts for mid-November

SCOTT SUTTELL 



CONDADO TACOS

Customers order at Condado Tacos.

Condado Tacos will open Nov. 15 in the Pinecrest mixed-use development in Orange Village, and Cooper's Hawk Winery & Restaurants will open Nov. 19 in the Chagrin Highlands South property, just across from Pinecrest.

EXHIBIT A

Two restaurants new to the Cleveland market have set opening dates for November.

**Condado Tacos**, a Columbus-based company, announced it will open a 4,000-square-foot restaurant in the **Pinecrest** mixed-use development in Orange Village on Thursday, Nov. 15.

The menu features build-your-own tacos, customizable double-decker shells, rotating monthly specials and "a few special menu items inspired by and available only in Pinecrest," a spokeswoman said in an email. Daily hours are 11 a.m. to 2 a.m. The Pinecrest location will have 65 employees.

Condado already has nine locations in the Columbus, Cincinnati, Indianapolis and Pittsburgh markets. The company was founded in 2014 by Joe Kahn, a co-creator of Cleveland's popular **Barrio** taco chain. (The companies are not on good terms, and Barrio in September **sued** Condado in a trade secrets case.)

Meanwhile, **Cooper's Hawk Winery & Restaurants** announced it will make its debut here on Monday, Nov. 19. The restaurant, at 27200 Harvard Road in Orange Village, is in the Chagrin Highlands South property, across from Pinecrest.

The restaurant will have the capacity to seat 367 guests — 303 in the main indoor dining area, and 64 in a fully covered outdoor patio. Cooper's Hawk also has two private barrel rooms that each seat 28 guests. Because they're divided by a sliding wall, the restaurant says it can create a single private dining room to seat 56.

A spokeswoman said in an email that the restaurant will have about 160 employees.

This will be the 34th location in nine states nationwide, and the third in Ohio, for Cooper's Hawk. Its other Ohio restaurants are in Cincinnati and Columbus. The company was founded in 2005.

Case: 1:18-cv-02052-CAB  Doc #: 5-1  Filed:  11/02/18  3 of 3.  PageID #: 107



CONTRIBUTED PHOTO

A Cooper's Hawk restaurant in Oak Lawn, Ill.

Inline Play

**Source URL:** *https://www.crainscleveland.com/food-and-dining/new-two-restaurants-set-cleveland-debuts-mid-november*