**Dan Eaton** @DanEaton... · 9/13/18 ⌄
Condado and Barrio headed to court.
bizj.us/1ppbt6

💬 4    ↻ 6    ♡ 6    ⬆

**Vince Chase**
@VinTheHater

Replying to @DanEatonBiz1st

That's funny. I was in Cleveland months ago and a friend brought me to Barrio. In my head the entire time I'm going "This place is a blatant copy of Condado. Ha"

9/13/18, 3:54 PM from Columbus, OH

**2** Likes

💬    ↻    ♡    ⬆

Tweet your reply

  



EXHIBIT F



**Elizabeth Miller**
@llmiller12

Going into a Condado in Columbus, I definitely thought it was some kind of Barrio spin-off. and someone told me the co-founder was from Barrio...so I did think they were related.
guess not...anymore



9/13/18, 1:23 PM

2 Likes


Tweet your reply




 clevelanddotcom @cl... · 9/13/18
The lawsuit alleges that Joe Kahn and others behind Condado Tacos stole trade secrets and violated an agreement Kahn entered into when he left the business partnership that created Barrio. trib.al/TdAzTo7

💬 3   🔁 8   ♡ 18   ⬆

 **Drew Simpson**
@dsimpson535

Replying to @clevelanddotcom

@StevemilerBand so apparently they were not the same company this whole time.

9/13/18, 2:39 PM

💬   🔁   ♡   ⬆

 **Kevin Arnold** @kevinarno... · 9/13/18
Replying to @dsimpson535 @clevelanddotcom and @...
Team barrio all day

Tweet your reply

