**From:** Sean <barriotacos@gmail.com>
**Date:** August 29, 2018 at 8:56:28 AM EDT
**To:** sorille@kahnkruse.com
**Subject: Fwd: Barrio and Condado Tacos**


Sent from my iPhone

Begin forwarded message:

> **From:** Dave Ghose <dghose@columbusceo.com>
> **Date:** August 29, 2018 at 8:15:12 AM EDT
> **To:** BarrioTacos@gmail.com
> **Subject: Barrio and Condado Tacos**
>
> Hello,
>
> This message is for Sean Fairbairn. I hope I have the right email address.
>
> I'm the editor for Columbus CEO, a monthly business publication in Columbus. We've been following the growth of the Columbus-based taco chain Condado Tacos in recent years, and as it has grown, one of the things I've wondered about is its similarity to Barrio in the Cleveland area. I don't know the whole story, but I understand Condado founder Joe Kahn has a connection to Barrio. I was hoping to talk to Sean about these similarities: Why are the chains so similar? How come Condado is allowed to so closely mimic the Barrio concept (I understand Barrio was first)? How do the folks at Barrio feel about the similarities between Barrio and Condado (especially as Condado now has plans to grow in Cleveland)?

1

EXHIBIT 

Please let me know if you have any questions.

Best wishes,
Dave

--
**Dave Ghose**
Editor
Columbus CEO
(614) 573-6590
@CEO_editor
columbusceo.com
Sign up for our email newsletter

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.